## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. MACGREGOR, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3263 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELE HILLMAN, sued in his or her official and individual capacities, et al., | ) | MEMORANDUM AND ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

This matter is before the court on its own motion. Pursuant to the Prison Litigation Reform Act, an imprisoned civil plaintiff must pay the court's entire filing fee, either at the outset when filing the complaint, or in installments if the court grants leave to proceed in forma pauperis ("IFP"). *In re Tyler*, 110 F.3d 528, 529-30 (8th Cir. 1997); *Jackson v. N.P. Dodge Realty Co.*, 173 F. Supp. 2d 951 (D. Neb. 2001). In this case, Plaintiff was granted leave to proceed IFP on November 27, 2007, and the court assessed an initial partial filing fee in the amount of $.03 to be paid by December 27, 2007. (Filing No. 8.)

Plaintiff has not paid the initial partial filing fee. Therefore, Plaintiff shall be required to show cause why this case should not be dismissed. Absent a sufficient response, the case will be subject to dismissal, without prejudice, for failure to pay the initial partial filing fee by the court-ordered deadline.

IT IS THEREFORE ORDERED that:

1.      The court assessed an initial partial filing fee of $.03 to be paid by Plaintiff no later than December 27, 2007.

2.      Plaintiff has not paid the initial partial filing fee.  Plaintiff has not requested additional time from this court in which to pay the initial partial filing fee.

3.      Plaintiff shall have until January 22, 2008 to show cause why this case should not be dismissed for failure to pay the initial partial filing fee.  In the absence of cause shown, this case will be dismissed without prejudice and without further notice.

4.      The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: "January 22, 2008: show cause deadline for failure to pay initial filing fee.

January 2, 2008.                         BY THE COURT:

                                         *s/Richard G.  Kopf*
                                         United States District Judge