IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. MACGREGOR, | ) | 4:07CV3263 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHELE HILLMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. On April 13, 2009, Defendants filed a Suggestion of Death, stating that Plaintiff "died on Thursday, February 28, 2009." (Filing No. 55.) The court then entered a Memorandum and Order permitting Plaintiff's survivors until July 13, 2009, "to submit an appropriate motion for substitution." (Filing No. 56.) The court warned that "[i]f no motion is filed, this matter will be dismissed." (*Id.*) No motion for substitution has been filed.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

July 29, 2009.                                    BY THE COURT:

*Richard G. Kopf*
United States District Judge